[No. 20042-6-III. Division Three. October 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY A. FLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-01505-0, Kathleen M. O'Connor, J., entered March 12, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 20390-5-III. Division Three. October 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN D. WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00761-1, Kathleen M. O'Connor, J., entered July 27, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 28376-0-II. Division Two. October 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WRAY ALLEN WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-01220-4, Stephen M. Warning, J., entered February 5, 2002. *Remanded* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 47682-3-I. Division One. October 7, 2002.]

*In the Matter of the Marriage of* MARCIA M. WHARTON, *Respondent*, and CHARLES T. REEVES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-05054-5, Peter D. Jarvis, J., entered October 24, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Agid, JJ.